UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Case No. 07 MJ 2799 |
| | ) | |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 21, U.S.C., Section 841(a)(1) |
| **MIGUEL VEGA,** | ) | Possession of a Controlled Substance with |
| | ) | Intent to Distribute |
| Defendant. | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about November 29, 2007, within the Southern District of California, defendant MIGUEL VEGA did knowingly and intentionally possess with intent to distribute approximately 650 pounds of marijuana, a schedule I controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Scott Hall
Special Agent
Naval Criminal Investigative Service

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **3rd** DAY OF **December, 2007.**

RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

FILED

DEC - 3 2007

CLERK, U.S. ...
SOUTHERN ...
BY

CONTINUATION OF COMPLAINT:
MIGUEL VEGA

## STATEMENT OF FACTS

On November 29, 2007, at approximately 6:15 p.m., United States Border Patrol ("USBP") Agents observed a green 1997 Chrysler Town and Country minivan ("the subject vehicle") run a USBP checkpoint located on northbound Interstate 5 in San Onofre, CA, within the confines of Marine Corps Base Camp Pendleton. USBP Agents began to pursue the subject vehicle. The subject vehicle exited Interstate 5 and entered Camp Pendleton. The subject vehicle then proceeded to run the north security gate of Camp Pendleton. The Provost Marshal's Office ("PMO") of Camp Pendleton then proceeded to put out a look-out on the subject vehicle.

Soon thereafter, the subject vehicle was located near the San Onofre housing facility within Camp Pendleton. At that time, the operator of the vehicle could not be located. Officers from PMO secured the subject vehicle at that time, and agents from the Naval Criminal Investigative Service were contacted. NCIS agents then seized the subject vehicle. Recovered from the interior of the vehicle were nine trash bags, containing 26 bundles of a green leafy substance, weighing a total of approximately 650 pounds. The substance field-tested positive for the presence of marijuana.

On November 30, 2007, at approximately 1:00 p.m., defendant MIGUEL VEGA was observed at a Burger King restaurant within the confines of Camp Pendleton, approximately 1.5 miles from the location where the vehicle was secured and seized. PMO officers questioned VEGA about the reason for his presence on military property, and asked for proper identification. VEGA could not supply an explanation for his presence on military property, and could not furnish proper identification. He was transported to the Criminal Investigative Division of PMO, and subsequently transported to NCIS.

At NCIS's Mainside Office at Camp Pendleton, agents from NICS interviewed VEGA. In his post-arrest statement, VEGA admitted operating the subject vehicle on November 29, 2007, and specifically admitted running both the Interstate 5 USBP checkpoint and the north security gate of Camp Pendleton. VEGA admitted knowledge of the marijuana in the subject vehicle.